DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Lucas v. LL Bldg. Prods.<br><br>Case below:<br>178 N.C. App. 562 | No. 459P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1431) | Denied 03/08/07<br><br>**Hudson, J., Recused** |
| McKyer v. McKyer<br><br>Case below:<br>179 N.C. App. 132 | No. 514P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-810) | Denied 05/03/07<br><br>**Hudson, J., Recused** |
| Patel v. Stanley Works Customer Support<br><br>Case below:<br>178 N.C. App. 562 | No. 445PA06 | 1. Defs' Motion for Temporary Stay (COA05-462)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed 08/23/06<br><br>2. Allowed 05/03/07<br><br>3. Allowed 05/03/07 |
| Perkins v. U.S. Airways<br><br>Case below:<br>177 N.C. App. 205 | No. 276P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-392) | Denied 03/08/07 |
| Philip Morris USA, Inc. v. Tolson<br><br>Case below:<br>176 N.C. App. 509 | No. 191P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-340)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |
| Rainey v. N.C. Dep't of Pub. Instruction<br><br>Case below:<br>181 N.C. App. 666 | No. 143PA07 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA05-1609) | Allowed 05/03/07 |
| Rose v. City of Rocky Mount<br><br>Case below:<br>180 N.C. App. 392 | No. 017P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1645) | Denied 03/08/07 |